3153 (Rev. 01-19)



STATE OF MICHIGAN
## DEPARTMENT OF TREASURY
Lansing

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re: | JUSTINE SACKEYFIO-SOWIZRAL

1260 JUNCTION

PLYMOUTH, MI 48170

Debtor

Case No.: | 23-40435

Chapter: | 13

Honorable | MARIA L OXHOLM

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

Secured: Claim No. | | $ |

Priority: Claim No. | 9-2 | $ | 787.00

Unsecured: Claim No. | | $ |

Administrative: Claim No. | | $ |

Total to be withdrawn: $ | 787.00

/S/ Matthew Clark

Director
Collection Services Bureau
Michigan Department of Treasury